# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142939 & (163)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                              SC: 142939
                                                               COA: 291554
                                                               Jackson CC: 08-004100-FH
ANDREW LYNN BREEDING,
            Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

y0718